UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOHN MULLEN, JR.,

Plaintiff,

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

Defendant.

Case # 16-CV-476-FPG

DECISION AND ORDER

Plaintiff has submitted a Complaint (ECF No. 1), along with a Motion for Leave to Proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, ECF No. 2. The Affidavit in support of the *in forma pauperis* application has been reviewed in accordance with 28 U.S.C. § 1915(a)(1) and the Complaint has been reviewed by the Court with respect to the 28 U.S.C. § 1915(e)(2) criteria.

Plaintiff has met the statutory requirements for *in forma pauperis* status, and therefore the Motion to Proceed *in forma pauperis* (ECF No. 2) is GRANTED. The Clerk of Court is directed to file Plaintiff's papers without payment of fees. Service of papers, which may be done by certified mail, shall be performed by Plaintiff's attorney.

IT IS SO ORDERED.

DATED: Rochester, New York
June 14, 2016

HON. FRANK P. GERACI, JR.
Chief Judge
United States District Court