United States District Court
WESTERN DISTRICT OF NEW YORK

JOHN MULLEN, JR.

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 16-CV-476-G

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Plaintiff's motion for judgment on the pleadings is granted, the Commissioner's motion for judgment on the pleadings is denied, and this matter is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C 405(g).

Date: June 27, 2017

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/K.McMillan
Deputy Clerk